## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Rolando Ramirez-Gaxiola | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 23-5051 MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant committed the crime of Possession of a Firearm by an Alien Unlawfully Present in the United States, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8), an offense described as follows:

**See Attachment A – Description of Count**

I further state that I am a Law Enforcement Officer (LEO) for the United States Forest Service (USFS) and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:      ☒Yes      ☐ No

AUTHORIZED BY: Addison Santomé, AUSA

ADDISON SANTOME  Digitally signed by ADDISON SANTOME
Date: 2023.02.27 16:27:58 -07'00'

VICTOR  Digitally signed by VICTOR MORALES
MORALES  Date: 2023.02.27 16:20:26 -07'00'

Victor Morales, LEO for USFS
Name of Complainant

Signature of Complainant

Sworn to telephonically before me

February 27, 2023 @ 4:50PM at
Date

Phoenix, Arizona
City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A

## DESCRIPTION OF COUNT

### COUNT 1

**Possession of a Firearm by an Alien Unlawfully Present in the United States**

On or about February 26, 2023, in the District of Arizona, Defendant ROLANDO RAMIREZ-GAXIOLA, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: a Springfield Armory subcompact, XD-40, .40 caliber pistol bearing serial number GM147282, which had previously been shipped or transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Victor Morales, a Law Enforcement Officer (LEO) for United States Forest Service being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I am a Law Enforcement Officer with the United States Forest Service.  I have been appointed as a Law Enforcement Officer since February 27, 2011.  Currently, I am assigned to the Mesa Ranger District on the Tonto National Forest in Arizona.

2.     The facts in this affidavit come from my personal observations, my training and experience, information obtained from other investigators involved in the investigation, and information obtained from witnesses.  Based on the below facts, your Affiant submits there is probable cause that ROLANDO RAMIREZ-GAXIOLA committed the crime of Possession of a Firearm by an Alien Unlawfully Present in the United States, in violation of Title 18, United States Code (U.S.C.) §§ 922(g)(1) and 924(a)(8).

### PROBABLE CAUSE

3.     On February 26, 2023, at approximately 4:30 p.m., while patrolling the Lower Sycamore Off-Highway-Vehicle (OHV) recreation area on Tonto National Forest (TNF) within the Mesa Ranger District, your Affiant observed a group of people target shooting along Forest Road (FR) 403 in the user created shooting pits.

4.     Your Affiant observed multiple subjects taking turns with multiple firearms target shooting at plastic cans and other scattered refuse in the area.

5.     Pursuant to Forest Order 03-12-00-21-467 (eff. 9/27/2021 - 9/27/2023), only specific targets are legal to use within TNF.  Plastic cans are prohibited and are considered refuse.  This prohibition order is posted on a large kiosk at the entrance of Lower Sycamore near the user created shooting pits.

6.      Your Affiant contacted one of the individuals observed shooting, later identified as Rolando RAMIREZ-GAXIOLA. RAMIREZ-GAXIOLA stated the group had been target shooting within the Lower Sycamore OHV area multiple times prior to this contact. Your Affiant advised him that the TNF has specific targets that are legal for target shooting and shooting at plastic cans is prohibited.

7.      Your Affiant asked RAMIREZ-GAXIOLA to whom the firearms belonged. RAMIREZ-GAXIOLA stated he purchased the Springfield Armory subcompact, XD-40, .40 caliber pistol bearing serial number GM147282, hereafter referred to as Springfield Armory Pistol, over a year ago from a friend. RAMIREZ-GAXIOLA also claimed a short barreled .223 caliber rifle bearing no serial number, which he stated he obtained a week ago.

8.      RAMIREZ-GAXIOLA stated the remaining firearm, an AR-15 style KE Arms LLC rifle, belonged to his brother, who was also present.

9.      Your Affiant asked for a driver's license or identification card so that a record check could be conducted through dispatch. RAMIREZ-GAXIOLA handed your Affiant an expired Mexican Passport. Your Affiant asked if he had an Arizona identification or a hunting license. RAMIREZ-GAXIOLA responded "no".

10.     Your Affiant asked RAMIREZ-GAXIOLA if he was a U.S Citizen. He stated "no". Your Affiant then asked if he had a nonimmigrant visa, and he also stated "no". Your Affiant asked if he was in the country illegally, and he stated "yes". He stated he has been in the United States illegally for approximately 5 years.

11.     The Springfield Armory Pistol was seized as evidence and is being stored at the Mesa Ranger Station.

12.     Your Affiant contacted Immigration and Customs Enforcement (ICE) Agent Fredrick Schumann. Agent Schumann informed your Affiant that RAMIREZ-GAXIOLA was illegally present in the United States. Agent Schumann confirmed to your Affiant that RAMIREZ-GAXIOLA did not have any pending applications to become a citizen of the United States.

13.     RAMIREZ-GAXIOLA is currently in custody with Immigration and Customs Enforcement (ICE) in Florence, AZ and is pending a hearing with an immigration Judge on February 28, 2023.

14.     RAMIREZ-GAXIOLA's brother was also found to be in the United States unlawfully. However, he was voluntarily returned to Mexico on February 26, 2023.

15.     On February 27, 2023, Nexus Expert ATF Special Agent Gibbons examined photographs of the Springfield Armory Pistol, and confirmed it was manufactured outside of the state of Arizona. Therefore, the firearm traveled in interstate or foreign commerce since it was found in Arizona.

## CONCLUSION

17.     For these reasons, your Affiant submits that there is probable cause to believe ROLANDO RAMIREZ-GAXIOLA committed the crime of Possession of a Firearm by an Alien Unlawfully Present in the United States, in violation of Title 18, United States Code (U.S.C.) §§ 922(g)(5) and 924(a)(8).

18.     I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

**VICTOR MORALES**
Digitally signed by VICTOR MORALES
Date: 2023.02.27 16:22:48 -07'00'

VICTOR MORALES
Law Enforcement Officer
United States Forest Service


Sworn to and subscribed electronically this 27 day of February, 2023.     4:58pm

HONORABLE DEBORAH M. FINE
United States Magistrate Judge